UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEEWARD SOUND CORPORATION, a
Florida for-profit corporation

       Plaintiff,

v.                                             Case No:   2:14-cv-240-FtM-38DNF

SERVICE INSURANCE COMPANY
and NAPLES INSURANCE AGENCY,
INC.,

       Defendants.
_____/

## ORDER

This matter comes before the Court on the Agreed Motion to Reschedule Preliminary Pretrial Conference (Doc. #15) filed on May 19, 2014.  Counsel move the Court for permission to reschedule the preliminary pretrial conference currently set for July 14, 2014. As grounds, Counsel indicates that both parties have scheduling conflicts for that date.  The Court finds good cause to grant a continuance as outlined below.  Accordingly, it is now

    **ORDERED:**

The Agreed Motion to Reschedule Preliminary Pretrial Conference (Doc. #15) is **GRANTED**.  The Preliminary Pretrial Conference is rescheduled to **AUGUST 18, 2014** at **1:30 P.M.**

    **DONE** and **ORDERED** in Fort Myers, Florida this 20th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record