UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEEWARD SOUND CORPORATION, a
Florida for-profit corporation

       Plaintiff,

v.                                      Case No:   2:14-cv-240-FtM-38DNF

SERVICE INSURANCE COMPANY
and NAPLES INSURANCE
AGENCY, INC.,

       Defendants.
_____/

## ORDER[1]

This matter comes before the Court on review of the docket. Service Insurance Company filed a Notice of Removal indicating that this Court has federal question jurisdiction. Upon review, the Court is not convinced. The Court also takes issue with the lack of consent from Defendant Naples Insurance Agency, Inc. Since Service Insurance has the burden of proving jurisdiction *at the time of removal*, it shall file a brief explaining whether this Court has proper federal question jurisdiction. Service Insurance should reframe from citing to case law outside of the Eleventh Circuit Court of Appeals unless citing to the United States Supreme Court.

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**ORDERED:**

1. Service Insurance Company shall file an addendum brief to its Notice of Removal explaining whether this Court has federal question jurisdiction *at the time of removal*. This brief shall be no longer than ten (10) pages and shall be filed no later than **June 3, 2014**.

2. Failure to comply with this Order will result in this case being remanded to state court without further notice or delay.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of May, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2